IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| M.H., a minor child, by and through his mother and natural legal guardian, THELMA, LYNAH, S.R., a minor child, by and through her father and natural guardian Charles Regna,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CLYDE L. REESE, III, Esq., in his Official Capacity as Commissioner of the DEPARTMENT OF COMMUNITY HEALTH,<br><br>　　　　Defendant. | CIVIL ACTION<br>1:15-CV-1427-TWT |

## MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR JUDGMENT ON PLEADINGS

Pursuant to Rules 12(b)(6) and 12(c) of the Federal Rules of Civil Procedure, Defendant Clyde L. Reese, III, Commissioner of the Georgia Department of Community Health (the "Department") files this, its Motion to Dismiss or, in the alternative, Motion for Judgment on Pleadings and shows this Court as follows:

On April 29, 2015, Plaintiffs filed their Complaint in which they claim

various alleged violations of the Medicaid Act and alleged violations of their right to notice under the United States Constitution. As discussed in the Department's memorandum in support of its motion filed contemporaneously herewith, Plaintiffs' claims against the Department have already been decided against them. Furthermore, Plaintiff SR already accepted an offer of judgment on the same claims. Finally, Plaintiffs fail to state claims against the Department upon which relief can be granted. Accordingly, Plaintiffs' claims against the Department should be dismissed in their entirety.

By this motion and supporting memorandum, the Department respectfully requests that this Court grant this motion to Dismiss or, In the Alternative, Motion for Judgment on Pleadings and dismiss in their entirety Plaintiffs' claims against it.

Respectfully submitted this the 10th day of July, 2015.

|  |  |
|---|---|
| SAMUEL S. OLENS<br>Attorney General | 551540 |
| DENNIS R. DUNN<br>Deputy Attorney General | 234098 |
| SHALEN S. NELSON<br>Senior Assistant Attorney General | 636575 |
| /s/ JASON S. NAUNAS<br>JASON S. NAUNAS<br>Assistant Attorney General | 142051 |
| /s/ MICHELLE TOWNES<br>MICHELLE TOWNES<br>Senior Assistant Attorney General | 714924 |

PLEASE SERVE:
JASON NAUNAS
MICHELLE TOWNES
Assistant Attorneys General
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
404-656-3357
404-463-1062(fax)
jnaunas@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR JUDGMENT ON PLEADINGS,** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

This the 10th day of July, 2015.

/s/ JASON S. NAUNAS
JASON S. NAUNAS          142051
Assistant Attorney General

PLEASE SERVE:
JASON NAUNAS
MICHELLE TOWNES
Assistant Attorneys General
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
404-656-3357
404-463-1062(fax)
jnaunas@law.ga.gov