IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| M.H., a minor child, by and through his mother and legal guardian, THELMA LYNAH, S.R., a minor child, by and through her father and natural guardian CHARLES REGNA,<br>　　Plaintiffs<br>v.<br><br>CLYDE L. REESE III, Esq., in his official capacity as Commissioner of THE DEPARTMENT OF COMMUNITY HEALTH,<br>　　Defendant. | CIVIL ACTION<br>FILE NO. 1:15-cv-01427-TWT |

## **PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

　　1. M.H., Plaintiff,

　　2. Thelma Lynah, Guardian for Plaintiff M.H.,

　　3. S.R., Plaintiff,

　　4. Charles Regna, Guardian for Plaintiff S.R.,

1

5. Clyde Reese, Commissioner, Georgia Department of Community Health,

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

1. The Georgia Advocacy Office, Inc., Counsel for Plaintiff,

2. Georgia Department of Community Health, Defendant agency,

3. Georgia Medical Care Foundation, Inc.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

1. Katherine D'Ambrosio, Attorney for Plaintiffs

2. Dennis R. Dunn, Deputy Attorney General, Attorney for Defendant,

3. Jason S. Naunas, Assistant Attorney General, Attorney for Defendant,

4. Shalen S. Nelson, Senior Assistant Attorney General, Attorney for Defendant,

5. Joshua Norris, Attorney for Plaintiffs,

6. Samuel S. Olens, Attorney General, Attorney for Defendant,

7. Michelle Townes, Assistant Attorney General, Attorney for Defendant.

Respectfully submitted this 11th day of August, 2015.

s/ Joshua H. Norris
Georgia Bar No. 545854

s/ Katherine D'Ambrosio
Georgia Bar No. 780128

Attorneys for Plaintiffs

Georgia Advocacy Office
150 E. Ponce de Leon Avenue, Suite 430
Decatur, Georgia 30030
Telephone:  (404) 885-1234
Facsimile:  (404) 378-0031
E-mail:       jnorris@thegao.org
                   kdambrosio@thegao.org

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed electronically the foregoing Plaintiffs' Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Submitted this 11th day of August, 2015.

s/Katherine D'Ambrosio
Georgia Bar No. 780128
Counsel for Plaintiffs

Georgia Advocacy Office
150 E. Ponce De Leon Ave.
Ste. 430
Decatur, GA 30030
(404) 885-1234
kdambrosio@thegao.org